**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Barry N. ODEGAARD, Defendant–Appellant.**

No. 08–10462.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 19, 2010.*

Filed July 30, 2010.

Jonathan M.F. Loo, Esquire, Assistant U.S., Thomas C. Muehleck, Assistant U.S., USH–Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Peter C. Wolff, Jr., Federal Public Defender, FPDHI–Federal Public Defender's Office, Honolulu, HI, Barry N. Odegaard, Butner, NC, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Barry N. Odegaard appeals from his jury-trial conviction and 60–month sentence for illegal distribution of oxycodone, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Odegaard's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.